UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JEAN PIERRE PACHECO, | JUDGMENT |
| Plaintiff, | 18 CV 5678 (MKB) (JO) |
| v. | |
| THE CITY OF NEW YORK, ET AL., | |
| Defendants. | |

-----------------------------------------------------------------X

A Minute Entry of Honorable Margo K. Brodie, United States District Judge, having been filed on February 27, 2020, and a Hearing having been held on February 27, 2020, converting on consent defendant's partial motion to dismiss to a summary judgment motion; granting defendants' motion for summary judgment as to plaintiff's deliberate indifference and municipal liability claims; declining to exercise supplemental jurisdiction; and dismissing plaintiff's negligence claim without prejudice; it is

ORDERED and ADJUDGED that defendants' motion for summary judgment is granted as to plaintiff's deliberate indifference and municipal liability claims; that the Court declines to exercise supplemental jurisdiction; and that plaintiff's negligence claim is dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 28, 2020 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>         Deputy Clerk |